UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RICHARD MADDOX,                      )
                                     )
          Plaintiff(s),              )
                                     )
     vs.                             )          Case No. 4:07CV00571 ERW (TCM)
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
          Defendant(s).              )

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation of United States

Magistrate Thomas C. Mummert, III [doc. #17].

The Court notes that no objections were filed to the Report and Recommendation within

the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and

Recommendation and hereby sustains, adopts and incorporates herein the Magistrate's Report and

Recommendation in its entirety. The Social Security Commissioner's decision is affirmed.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **AFFIRMED**, and

the Plaintiff's Complaint is dismissed with prejudice.

Dated this 26th Day of August, 2008.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE