UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD MADDOX, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV00571 ERW |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Defendant(s). | ) | |

## JUDGMENT

In accordance with the memorandum and order entered on this date and incorporated

herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that Defendant is

entitled to judgment on all counts of Plaintiff's complaint and Plaintiff's complaint is

**DISMISSED with prejudice**.

Dated this 26th Day of August, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1